# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00679-CV

**Texas Department of Housing and Community Affairs and Edwina Carrington, in her Official Capacity as Executive Director of the Texas Department of Housing and Community Affairs, Appellants**

**v.**

**Century Pacific Equity Corporation, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. GN202219, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint agreed motion to dismiss the appeal based on their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2). The parties move the court to dismiss the appeal, vacate the district court's final judgment dated October 21, 2002, and dismiss the case in its entirety. We grant the motion, vacate the district court's final judgment of October 21, 2002, and dismiss the case in its entirety. *See* Tex. R. App. P. 43.2 (e) (court of appeals may vacate the trial

court's judgment and dismiss the case) (dismissing the case of necessity dismisses the appeal). The parties have agreed that each should bear its own costs.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Judgment Vacated and Cause Dismissed on Joint Motion

Filed:   July 11, 2003